# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 57 EAL 2018

           Petitioner    :

                             :    Petition for Allowance of Appeal from
                             :    the Order of the Superior Court

           v.                     :

                             :

DANIEL J. DOUGHERTY,            :

           Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.